IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| STACEY PIKE HERRINGTON § § V. § FEDERAL INSURANCE COMPANY § § § | CIVIL ACTION NO. 1:22-CV-00176 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 12]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, the above-styled cause is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are vacated, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 29th day of August, 2022.**

Michael J. Truncale
United States District Judge